**WO** TCK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anthony Joseph Amara,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Joseph Arpaio,<br><br>　　　　Defendant. | No. CV 05-2684-PHX-SMM (LOA)<br><br>**ORDER** |

On September 2, 2005, Plaintiff filed a civil rights complaint pursuant to 42 U.S.C. §1983. The Court directed Defendants to file an answer to the Complaint (Doc. #9). Pending before the Court are the following motions: Motion For Index (Doc. #6) and Motion For Case To Proceed (Doc. #8).

In his Motion For Index, Plaintiff requests that the Court send him a copy of the "index" in this action. The record reflects that the Clerk of the Court sent Plaintiff a copy of the docket sheet in this action on 3/24/06. Accordingly, this motion will be denied as moot. Also pending is Plaintiff's Motion To Proceed (Doc. #8). This motion will be denied as moot.

The Court ruled on Plaintiff's Application To Proceed In Forma Pauperis in the screening order filed on April 6, 2006 (Doc. #9), although it still appears as a pending motion in this action. The Clerk of the Court will be directed to correct the record to reflect that Plaintiff's Application To Proceed In Forma Pauperis (Doc. #7) was previously granted.

**JDDL-K**

1  **IT IS THEREFORE ORDERED:** That the reference to Magistrate Judge Lawrence O. Anderson is withdrawn with respect to Docket #6 and #8 only.

**IT IS FURTHER ORDERED:** That Plaintiff's Motion For Index (Doc. #6) and Motion For Case To Proceed (Doc. #8) are denied as moot;

**IT IS FURTHER ORDERED:** That the Clerk of the Court is directed to amend the record to reflect that Plaintiff's Motion To Proceed In Forma Pauperis (Doc. #7) was granted pursuant to the Court's April 6, 2006 order (Doc. #9).

DATED this 22nd day of May, 2006.

Stephen M. McNamee
United States District Judge

JDDL-K

- 2 -