**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anthony Joseph Amara,  )<br>  )<br>     Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>Joseph Arpaio, individually and as Sheriff  )<br>of Maricopa County,  )<br>  )<br>     Defendant.  ) | CV-05-2684-PHX-SMM (LOA)<br><br>O R D E R |

It appearing to the Court that Defendant Joseph Arpaio's Motion to Dismiss is now ready for consideration,

IT IS ORDERED withdrawing the reference to the Magistrate Judge as to the above-referenced Motion, Document No. 13. However, all other matters in this action shall remain with the Magistrate Judge for disposition as appropriate.

DATED this 14th day of August, 2006.

Stephen M. McNamee
United States District Judge