**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Anthony Joseph Amara, | ) | No. CV-05-2684-PHX-SMM (LOA) |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Joseph Arpaio, | ) | |
| Defendant. | ) | |

It appearing to the Court that Defendant's Motion to Strike Plaintiff's Response to Defendant's Reply (docket # 27) is ready for consideration,

IT IS ORDERED withdrawing the reference to the Magistrate Judge as to the aforementioned motion (docket # 27).

DATED this 11th day of September, 2006.

Stephen M. McNamee
United States District Judge