**WO**                                                                                      BL

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anthony Joseph Amara, | No. CV 05-2684-PHX-SMM (LOA) |
| Plaintiff, | **ORDER** |
| vs. | |
| Joseph Arpaio, | |
| Defendant. | |

Defendant Anthony Joseph Amara filed a Motion to Proceed *In Forma Pauperis* on appeal (Doc. #36).  "An appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith."  28 U.S.C. § 1915(a)(3).  The Court already has determined that Plaintiff's appeal is not taken in good faith (Doc. #35).  Accordingly,

**IT IS ORDERED** that Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. #36) is **denied**.

DATED this 2nd day of February, 2007.

Stephen M. McNamee
United States District Judge